**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**TARA BAXLEY,**

      **Petitioner,**

**vs.**                                                              **Case No.: 4:25cv460/MCR/ZCB**

**STATE OF FLORIDA,**

      **Respondent.**

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on February 6, 2026, ECF No. 34.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 34, is adopted and incorporated by reference in this order.

2.     The 28 U.S.C. § 2241 amended habeas petition, ECF No. 31, is

**DISMISSED** without prejudice based on *Younger* abstention.

3.     All pending motions are **DENIED as moot**.

4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of May 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**